## Commonwealth ex rel. Koontz, District Attorney, and Calhoun, Appellant, *v.* Dunkle.

Argued December 4, 1946. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

494

498

*D. Cress Reiley,* with him *Alvin L. Little,* for appellant.

*Richard C. Snyder,* for appellee.

PER CURIAM, January 6, 1947:
The decree of the court below is affirmed on the opinion of President Judge WRIGHT. Costs to be paid by appellant.